# K&L GATES

March 26, 2021

By ECF

Susan Kayser
Susan.Kayser@klgates.com

T +1 212 536 3900
F +1 212 536 3901

Hon. Paul A. Engelmayer
Thurgood Marshall United States Courthouse
40 Foley Square
Courtroom 1305
New York, New York 10007

**Re:** *WeWoreWhat LLC, et al. v. CV Collection, LLC d/b/a The Great Eros*, **Case No. 1:20-cv-08623-PAE** consolidated with *CV Collection, LLC d/b/a The Great Eros v. WeWoreWhat LLC, et al.*, **Case No. 1:21-cv-01623-PAE**

Hon. Paul A. Engelmayer,

WeWoreWhat, LLC ("WeWoreWhat"), Onia, LLC ("Onia"), Danielle Bernstein ("Bernstein"), Saks Fifth Avenue, Inc. ("Saks"), Carbon 38, Inc. ("Carbon 38"), BOP LLC ("BOP") and CV Collection, LLC ("CV") (collectively, "the Parties"), hereby submit this joint letter to the Court regarding this Consolidated Action.

The Parties have sought mediation with Magistrate Judge Gorenstein on April 23, 2021 at 10:00 am which he has set per that request. *See* Dkt. Nos. 25, 26.

In compliance with this Court's Scheduling Order (Dkt. 19), the Parties have been diligent in moving this case forward. The Parties have exchanged initial discovery requests, are preparing responses, and are working to collect documents. The Parties have also agreed to a deposition of a third party (prior employee of Onia) prior to the mediation.

In order to allow the Parties to focus their efforts on mediation and potential settlement, and to avoid potentially unnecessary further discovery expenses, the Parties jointly request that the Court issue a stay of this Action pending the outcome of the mediation. Within fourteen (14) days of the conclusion of the mediation session, the Parties will provide the Court with a joint status update and, if necessary, submit a new proposed scheduling order to reopen the Consolidated Action and proceed with discovery.

The parties thank the Court in advance for its consideration of the request herein.

Respectfully Submitted,

Counsel for the Parties:

/s/ Susan M. Kayser

Susan M. Kayser (SK 1096)
K&L GATES LLP
599 Lexington Avenue
New York, New York 10022
Tel.: (212) 536-3900
Fax: (212) 536-3901
susan.kayser@klgates.com

*Attorneys for WeWoreWhat, LLC, Onia, LLC, and Danielle Bernstein*

/s/ James E. Geringer (with consent)

James E. Geringer
Klarquist Sparkman, LLP
121 SW Salmon Street Suite 1600
Portland, OR 97204
503-595-5300
Fax: 503-595-5301
Email: james.geringer@klarquist.com

*Attorney for BOP, LLC*

/s/ David A. Erikson (with consent)

Scott Alan Burroughs, Esq.
DONIGER / BURROUGHS
231 Norman Avenue, Suite 413
Brooklyn, New York 11222
(310) 590-1820
scott@donigerlawfirm.com

David A. Erikson
Erikson Law Group
200 North Larchmont Boulevard
Los Angeles, CA 90004
323-465-3100
Fax: 323-465-3177
Email: david@daviderikson.com

*Attorneys for CV Collection, LLC*

Granted.  This action is hereby stayed pending the parties' settlement negotiations.  The parties are directed to file a joint status report by May 7, 2021, including, if the case has not settled, a proposed revised scheduling order.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

March 29, 2021