UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CV COLLECTION, LLC, <br><br>              Plaintiff, <br><br> -v- <br><br> WEWOREWHAT, LLC, ONIA, LLC, DANIELLE BERNSTEIN, SAKS FIFTH AVENUE, INC., CARBON 38, INC., BOP LLC, and DOES 1–10, Inclusive, <br><br>              Defendants. | 20 Civ. 8623 (PAE) <br><br> ORDER |

PAUL A. ENGELMAYER, District Judge:

  On May 21, 2021, defendants filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), seeking to dismiss Count III of plaintiff's consolidated amended complaint. *See* Dkt. 42. It is hereby ordered that plaintiff serve any opposition to the motion to dismiss by June 11, 2021. Defendants' reply, if any shall be served by June 18, 2021. The parties' deadline to submit a revised proposed case management plan remains May 28, 2021.

  SO ORDERED.

                       *Paul A. Engelmayer*
                       PAUL A. ENGELMAYER
                       United States District Judge

Dated: May 24, 2021
     New York, New York