UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CV COLLECTION, LLC,

                              Plaintiff,

-v-

WEWOREWHAT, LLC, ONIA, LLC, DANIELLE BERNSTEIN, SAKS FIFTH AVENUE, INC., CARBON 38, INC., BOP LLC, and DOES 1–10, Inclusive,

                             Defendants.

20 Civ. 8623 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    On June 14, 2021, defendants filed a motion for sanctions under Federal Rule of Civil Procedure 11. Dkt. 47. It is hereby ordered that plaintiff serve any opposition to the motion for sanctions by June 28, 2021. Defendants' reply, if any, shall be served by July 12, 2021.

    SO ORDERED.

                                                        *Paul A. Engelmayer*
                                                         PAUL A. ENGELMAYER
                                                        United States District Judge

Dated: June 14, 2021
        New York, New York