UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WEWOREWHAT, LLC ET AL,

                                        Plaintiff,                    20 Civ. 8623 (PAE)

                    -v-                                                    ORDER

CV COLLECTION, LLC

                                        Defendant.

PAUL A. ENGELMAYER, District Judge:

        Having reviewed the parties' recent letters, Dkt. 72–73, the Court grants plaintiff's

unopposed motion to seal the audio recording in question.  The Court does not see any cause for

further action at this time.

        SO ORDERED.

                                                        PAUL A. ENGELMAYER
                                                        United States District Judge

Dated: August 30, 2021
        New York, New York